**KIMBERLY SUE LOPEZ v. JOAN M. KUBALANZA *et al***
**24-cv-13304 (Judge Matthew F. Kennelly)**

**Matrix of Defendants' Motions to Dismiss Arguments for the Convenience of the Court**

Notes:
1. "Made" indicates an original argument made by a party.
2. "Joined" indicates a party joining another's argument, though the joining party have explained the argument as it pertains to them.

| Argument | State Defs (Dkts 75/77) | County Defs (Dkt 85) | Finn (Dkt 73) | Moore (Dkt 80) | Leving Defs (Dkt 74) | Stevenson (Dkt 78) | Shalabi, Latif and Abuzerr (Dkt 81) | Knight (Dkt 82) | Muhammad (Dkt 83) | Marshall (Dkt 88) | Lobraco (Dkt 93) | Antoniolli (Dkt 94) | Nolan (Dkt 98) | Vasalakos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R. 12(b)(1) *Rooker-Feldman* | Made | | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(1) *Younger* | Made | | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(1) Domestic Relations Exception | Made | | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(1) 11th Amend. | Made | | Joined | | | Joined | Joined | Joined | Joined | Joined | Joined | Joined | | |
| R. 12(b)(6) Judicial Immunity | Made | Made | Made | | | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(6) GAL Immunity | | | Joined | Made | | | Joined | | | Joined | Joined | | | |
| R. 12(b)(6) Statute of Limitations | Made | | Made | Made | | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |

| Argument | Party | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | State Defs (Dkts 75/77) | County Defs (Dkt 85) | Finn (Dkt 73) | Moore (Dkt 80) | Leving Defs (Dkt 74) | Stevenson (Dkt 78) | Shalabi, Latif and Abuzerr (Dkt 81) | Knight (Dkt 82) | Muhammad (Dkt 83) | Marshall (Dkt 88) | Lobraco (Dkt 93) | Antoniolli (Dkt 94) | Nolan (Dkt 98) | Vasalakos |
| R. 12(b)(6) No "Under Color of State Law" | | | Joined | Joined | Made | Joined | Joined | Joined | Joined | Joined | Joined | Joined | | |
| R. 12(b)(6) Count I (14th Amend.) | Made | Made | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(6) Count II (1st Amend.) | Made | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(6) Count III (6th Amend.) | Made | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(6) Count IV (8th Amend.) | Made | Made | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(6) Count V (*Monell*) | | Made | Joined | | | Made | Joined | | | | | Made | | |
| R. 12(b)(6) Count VI (ADA) | Made | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |
| R. 12(b)(6) State-Law Claims | Made | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | Joined | |