UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY S. LOPEZ, as Next Friend of Minor Child, *B.P.L.A.*, *Plaintiff(s),* v. KUBALANZA, et al., *Defendant(s).* | ) ) ) ) ) ) | Honorable Matthew F. Kennelly Case No. 1:24-cv-13340 |

PLAINTIFF'S MOTION TO STRIKE DEFENDANTS FOR FAILURE TO APPEAR AND

IMPROPER REPRESENTATION

Plaintiff, Kimberly S. Lopez, *pro se,* and as next friend of minor child B.P.L.A., respectfully moves this Honorable Court to strike Defendants Shalabi and Abuzerr from these proceedings pursuant to Federal Rule of Civil Procedure 16(f), and to strike the filings submitted on behalf of Defendants Naseem Latif, Fatima Abuzerr, and Raed Shalabi, for improper representation and inconsistent filings. In support thereof, Plaintiff states as follows:

1. Failure to Appear – Defendants Shalabi and Abuzerr

On January 17, 2025, the Court entered Dkt. 42, setting a mandatory in-person status hearing for March 14, 2025 at 9:30 AM in Courtroom 2103. The docket entry explicitly stated that all parties were ordered to appear in person.

Defendants Shalabi and Abuzerr failed to appear at this hearing. They did not file a motion to reschedule or continue the matter, nor did they notify the Court or Plaintiff of any reason for their absence. Their failure to appear without justification violates Rule 16(f)(1)(A), which permits sanctions for noncompliance with a pretrial order, including failure to attend a scheduling or other conference.

Their absence caused undue delay, disrupted the management of the case, and constitutes grounds for the Court to strike them from these proceedings or impose other appropriate sanctions.

2. Improper Representation – Defendant Naseem Latif

Plaintiff also moves to strike the responsive filings submitted on behalf of Defendant Naseem Latif due to procedural irregularity and inconsistent representation.

Defendant Latif previously filed pro se materials, but Defendants' counsel subsequently submitted filings on his behalf after his pro se filings.

This has created confusion in the record and raises questions about who is authorized to represent Mr. Latif in this matter. To protect the integrity of the docket and ensure proper procedure, Plaintiff requests that all filings submitted on Latif's behalf by attorneys be stricken pending clarification of his representation status.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Strike Defendants Shalabi and Abuzerr from these proceedings for failure to appear at the mandatory status hearing in violation of Dkt. 42 and Rule 16(f);

B. Strike the filings submitted on behalf of Defendant Naseem Latif due to improper and inconsistent representation, unless and until proper appearance and representation status is confirmed;

C. Grant any other relief this Court deems just and proper.

Dated: April 7, 2025

Respectfully submitted,
/s/ Kimberly S. Lopez
Kimberly S. Lopez
Pro Se Plaintiff
16036 84th Place
Tinley Park, IL 60487
(708) 983-3934
kslopez777@gmail.com