Gmail          Kimberly Lopez <kslopez777@gmail.com>

## Lopez v. Kubalanza, et al. - exhibits to motion to dismiss response?

**Sahinoglu, Marci** <Marci.Sahinoglu@ilag.gov>                    Fri, Apr 4, 2025 at 9:27 AM
To: Kimberly Lopez <kslopez777@gmail.com>
Cc: "cmares@grsm.com" <cmares@grsm.com>, "kguillen@grsm.com" <kguillen@grsm.com>, "dmeyer@meyerlex.com" <dmeyer@meyerlex.com>, "admin@meyerlex.com" <admin@meyerlex.com>, "Sorensen,David" <David.Sorensen@cna.com>, "ILlitcounsel@cna.com" <ILlitcounsel@cna.com>, "nancy.mckenna@cna.com" <nancy.mckenna@cna.com>, Fatima Abuzerr <fatimaabuzerr@gmail.com>, James Dore <jdore@justicialaboral.com>, "cfernandez@justicialaboral.com" <cfernandez@justicialaboral.com>, "docketing@justicialaboral.com" <docketing@justicialaboral.com>, "rurbina@justicialaboral.com" <rurbina@justicialaboral.com>, John Andrew O'Donnell <jodonnellsr@cassiday.com>, "critchey@cassiday.com" <critchey@cassiday.com>, Jonathan Barrett Blakley <jblakley@grsm.com>, "aflores@grsm.com" <aflores@grsm.com>, "kbugos@sbh-law.com" <kbugos@sbh-law.com>, "rschultz@sbh-law.com" <rschultz@sbh-law.com>, Lauren Reyes <lreyes@sbh-law.com>, "Elizabeth Noonan:" <enoonan@sbh-law.com>, "lsawicki@cassiday.com" <lsawicki@cassiday.com>, "Sahinoglu, Marci" <Marci.Sahinoglu@ilag.gov>, "matt_chinski@yahoo.com" <matt_chinski@yahoo.com>, "mlc@doherty-progar.com" <mlc@doherty-progar.com>, MEGAN HONINGFORD <MEGAN.HONINGFORD@cookcountysao.org>, "mhennig@cassiday.com" <mhennig@cassiday.com>, "Richard, Sharon L." <srichard@cassiday.com>, Michael Joseph Progar <mjp@progarlaw.com>, "mail@doherty-progar.com" <mail@doherty-progar.com>, "Dodda, Niki" <ndodda@cassiday.com>, "raedshalabi@yahoo.com" <raedshalabi@yahoo.com>, Sarah Ann Nolan <service@suburbanlawgroup.com>, "steven@marshall-lawllc.com" <steven@marshall-lawllc.com>

Dear Ms. Lopez:

I have been preparing my reply to your response to the State Defendants' motion to dismiss. Your response mentions that there are exhibits to your response, and I believe you confirmed with the Court on the last status date that you would be filing exhibits. I don't see any exhibits have been filed. Do you plan to file any exhibits? If so, can you please do so and/or provide me with a copy?

Sincerely,

Marci L. Sahinoglu

Marci L. Sahinoglu
Senior Assistant Attorney General, Civil Rights Unit
Illinois Attorney General's Office
Government Representation Division
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
Cell:  312.636.5595
marci.sahinoglu@ilag.gov

**Kimberly Lopez** <kslopez777@gmail.com>     Fri, Apr 4, 2025 at 9:30 AM
To: "Sahinoglu, Marci" <Marci.Sahinoglu@ilag.gov>

I'm submitting my exhibits today. I have been denied access to my record for nearly two years, so it was difficult to get my documents. Also, I was sent a fake warrant from Barrett, so I was confined to my home for months, so that added to the complexity in going to courthouse to get my documents. All this information with evidence will be submitted.

Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN

https://www.tebra.com/care/provider/kimberly-lopez-dnp-cnp-fpa-aprn-1477144020

https://chicagohealthonline.com/attention-disregulation/

https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461

*"They tried to bury us. They didn't know we were seeds."*
*~ Mexican Proverb ~*

*Then said Jesus unto his disciples, if any man will come after me, let him deny himself, and take up his cross, and follow me.*
*~ Matthew 16:24*