# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kimberly Sue Lopez

                Plaintiff,

v.                                                 Case No.: 1:24−cv−13340

                                                         Honorable Matthew F. Kennelly

Joan M. Kubalanza, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, April 20, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff has filed a motion asking hthe Court to review in camera a document filed under seal, specifically, a birth certificate. The motion is unnecessary; the document in question is part of the record in this case relating to the pending motions, and plaintiff may rest assured that the Court will review everything that has been filed in the case, including the birth certificate. Plaintiff's motion [132] is therefore moot. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.